453 A.2d 325

COMMONWEALTH of Pennsylvania, Appellee,

v.

Joseph J. LEWIS, Appellant.

Supreme Court of Pennsylvania.

Submitted Oct. 22, 1982.

Decided Dec. 17, 1982.

Austin J. McGreal, Philadelphia (Court-appointed), for appellant.

Robert B. Lawler, Chief, Appeals Div., Deborah Fox, Asst. Dist. Attys., for appellee.

Before O'BRIEN, C.J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

OPINION

LARSEN, Justice.

In this direct appeal from his judgments of sentence, appellant raises five issues: 1) the evidence presented at trial was insufficient to support his convictions; 2) the lower court erred in failing to suppress his confession; 3) the lower court erred by admitting a statement of one of the victims immediately after the shooting; 4) trial counsel was ineffective for failing to present an alibi defense; and 5) trial counsel was ineffective for failing to properly impeach the credibility of a Commonwealth witness. We have reviewed the record and find these contentions to be without merit.

Accordingly, the judgments of sentence are affirmed.